IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. *11-06198-ESL* |
|---|---|
| DANIEL SANCHEZ PAGAN<br>DIANA COLON GALARZA<br>DEBTOR (S) | *CHAPTER 7* |

**NOTICE OF CHANGE OF POSTAL ADDRESS**

TO THE HONORABLE COURT:

COME NOW, *DANIEL SANCHEZ PAGAN and DIANA COLON GALARZA*, debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. Debtors have changed their postal address as follows:

> **VILLAS DE SAN CRISTOBAL II**
> **363 CALLE ILAN ILAN**
> **LAS PIEDRAS, PR. 00771**

**WHEREFORE**, debtors respectfully request from this Honorable Court take notice of the foregoing and Order the Clerk's office to amend and correct the aforementioned information.

**HEREBY CERTIFY** that on this same date a copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Chapter 7 Trustee; and also certify that I have

mailed by United State Postal Service copy of this motion to he following non CM/ECF participant debtors, Daniel Sanchez Pagan & Diana Colon Galarza; and to all creditors appearing in the amended master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 26th of January, 2011.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
ATTORNEY FOR PETITIONER
USDC #203614
PO BOX 193677
SAN JUAN PR 00919-3677
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@prtc.net

SANCHEZ PAGAN, DANIEL
VILLAS DE SAN CRISTOBAL II
F9 ILAN ILAN STREET
LAS PIEDRAS, PR  00771

RYDER MEMORIAL HOSPITAL
PO BOX 859
HUMACAO, PR  00792

COLON GALARZA, DIANA
VILLAS DE SAN CRISTOBAL II
F9 ILAN ILAN STREET
LAS PIEDRAS, PR  00771

SAMS
PO BOX 105980 DEPT 77
ATLANTA, GA  30353-5980

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

SEARS
PO BOX 6189
SIOUX FALLS, SD  57117

ASOCIACION EMPLEADOS ELA
PO BOX 364508
SAN JUAN, PR  00936-4508

TOYOTA FINANCIAL SERVICES
PO BOX 71410
SAN JUAN, PR  00936-8510

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100

WALMART
PO BOX 530927
ATLANTA, GA  30353-0927

CITIFINANCIAL PLUS
PO BOX 499
HANOVER, MD  21076

WFNNB/MARIAN
995 W 122ND AVE
WESTMINSTER, CO  80234

COLUMBIA COLLEGE
PO BOX 8517
CAGUAS, PR  00726

ZALES
PO BOX 9722
GRAY, TN  37615-9722

DPTO DE TRANSPORTACION Y OBRAS
PUBLICAS
BOX 41269
SAN JUAN, PR  00940-1269

HOME DEPOT
PO BOX 103108
ROSWELL, GA  30076-9108

OLD NAVY
PO BOX 530993
ATLANTA, GA  30353-0993